**Order entered April 11, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00409-CV

### IN RE WYNNE MOTORCOACHES, LLC, Relator

**Original Proceeding from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-01872-B**

## ORDER
Before Justices Myers, Molberg, and Nowell

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

/s/     ERIN A. NOWELL
        JUSTICE